UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 11-mj-01159-RBC |
| | ) |
| ZSOLT LENDVAI, *et al.*, | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as additional counsel for the United States of America.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney,

By: /s/ Veronica M. Lei
VERONICA M. LEI
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Date: December 15, 2011

## CERTIFICATE OF SERVICE

I, Veronica M. Lei, Assistant U.S. Attorney, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Veronica M. Lei
Veronica M. Lei
Date: December 15, 2011       Assistant United States Attorney