SOMODI ENIKŐ
DONALD W. W. DETENTION FACILITY
950 HIGH STREET
CENTRAL FALLS, RI
02863



Robert B. Collings bíró úr részére
UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA 02210

Tárgy: Ügyvédi képviselet

Tisztelt Bíró Úr!

Nevem Somodi Enikő, Veszprém megyében élek, magyar állampolgár vagyok. 2011. november 29-én tartóztattak le Bostonban, MA államban. Jelenleg a Rhode Island állambeli Donald W. Wyatt börtönben vagyok őrizetben. 2011. december 15-én került át az ügyem a szövetségi bíróságra.
Hivatalból kinevezett ügyvédem John G. Darrell. Segítségét szeretném kérni abban, hogy új ügyvédet kaphassak.
Ezt a következő okok miatt kérem:
Az elmúlt két hónap során mindössze kétszer találkozott velem magában. A 2011. december 15-i első bírósági meghallgatás után Darrell Úr mindössze csak EGY órát beszélt velem, majd 4 hónap múlva, április 9-én még FÉL órát, azután, hogy panaszt tettem a bíróságon. Az első meghallgatás után az ügyészsel való interjún találkoztam vele újra, jan. 6-án, MÁSFÉL (1,5) órára, az ügyésszel

és nyomozók jelenlétében. A jan. 6-i beszélgetés előtt nem találkozott velem magában, hogy felkészítsen erre a fontos interjúra, pedig szükségem lett volna arra, hogy tanácsot kérjek tőle.
A beszélgetés után reméltem, hogy megmondja, mire számíthatok, mi lesz a következő lépés az ügyemben, de hónapokon át nem hallottam felőle, és ez nagyon nyugtalanított. Csak akkor került fel áprilisban, amikor Robert B. Collins bíró úr felszólította erre.
A jan. 6 - ápr. 6 időszakban, vagyis 3 hónapon át többször próbáltam telefonálni az ügyvédemnek (napi 5 alkalom), de egyszer sem fogadta a hívásaimat, pedig ő maga adta ide nekem a névjegykártyáját.
Tudom a másik vádlottól, Lendvai Zsolttól, akit ugyanazon a napon interjúvoltak meg az ügyészek elsö ízben, hogy öt az ügyvédje elözöleg alaposan felkészítette erre a beszélgetésre. December 15. óta kétszer annyi időt töltött vele az ügyvédje, mint velem Darell.
Mindent alaposan elmagyaráz neki, válaszol a kérdéseire, és tanáccsal látja el. Zsolt ügyvédje a leveleket is magyarul küldi. Az én ügyvédem kizárólag angolul írt nekem, de én nem tudok eléggé angolul ahhoz, hogy jogi kifejezéseket megértsek, ezért aggódom, hogy félreértem, amit ír.
Sajnos úgy érzem, hogy nem voltam kellőképpen felvilágosítva a jelenlegi helyzetemet és jogi lehetőségeimet illetően és az ügyvédem nagyon kevés időt szán rám. Több magyarázatot és alaposabb tájékoztatást igényelnék az ügyemmel kapcsolatos fejleményekről.
Darell úr is tisztában van azzal, hogy van tolmácsunk (TÜNDE TANZER) ezért ő is megtehetné, hogy kapcsolatba lép vele, de sajnos nem teszi. Ezáltal megfosztva engem attól a lehetőségtől, hogy félreértések nélkül tájékoztatva legyek az ügyemről, ami alapvető jogom.
Április 9-én Darell úr EGYEDÜL jött el hozzám, tolmács nélkül. Nem adott magyarázatot arra, hogy miért nem hozott tolmácsot. Egy angol-magyar szótár segítségével próbáltunk kommunikálni,

ami számomra nem megfelelő megoldás és szükségtelenül megnehezíti a beszélgetést, nem is beszélve arról, hogy nagyon könnyen félreértések származhatnak belőle mindkét oldala. A bíróságnak van magyar tolmácsa, ezért nem vagyok hajlandó a jövőben tolmács nélkül beszélni az ügyvéddel! Lendvai Zsolt ügyvédje ugyanazzal a tolmáccsal dolgozik, és nem voltak, nincsenek ilyen problémái. Azt sem értem, hogy amikor Darell úr levelet ír nekem, miért csak angolul küldi el, miért nem fordíttatja le magyarra, ahogy Zsolt ügyvédje teszi. Úgy érzem, nekem is jogom van megfelelő jogi képviselethez, jogom van az ANYANYELVEMEN magyarázatot kérni és kapni, ha valamit nem értek. Szeretnék egy olyan ügyvédet, aki kellő időt fordít az ügyemre! Számomra rendkívül aggasztó az, hogy az ügyvédem tolmács nélkül jött hozzám, egyáltalán nem adott semmiféle magyarázatot, mindössze ennyit: „nem egyezik ki a tolmáccsal". Jelenleg Darell úr személyes nézeteltérések miatt nem hajlandó kommunikálni a tolmáccsal, ami számomra nem elfogadható indok.

Szeretném, ha továbbra is a korábbi tolmácsom Tünde Tanzer tolmácsolna nekem, és kérem egy új ügyvéd kinevezését, mert nem vagyok megelégedve azzal a képviselettel, amit Darell úrtól kaptam az elmúlt 7 hónap során. Bár azt ígérte nekem áprilisban, hogy felveszi a kapcsolatot a tolmácsommal, a mai napig nem tette meg. Azt is megpróbáltam megírni az ügyvédnek, hogy szerettem volna újra beszélni az ügyészséggel, ő megígérte, hogy megpróbál időpontot kérni, de nyilvánvaló, hogy ezt sem tette meg az elmúlt közel 3 hónap során. Mivel már a vádalkun dolgoznak, ezt haladéktalanul meg kellett volna tennie, már áprilisban, úgy, ahogy nekem megígérte.

Ezért úgy érzem, nagyon fontos az, hogy új ügyvédet kapjak, mert a jelenlegi nem tartja tiszteletben azt az alapvető jogomat, hogy egy számomra érthető nyelven tudjak kommunikálni

az ügyemről és a velem tett ígéreteit nem tartotta be.

Bízom abban, hogy a törvényszék tud segíteni abban, hogy megfelelő jogi képviseletet és tolmácsot kapjak.

Előre is nagyon köszönöm válaszát.

Üdvözlettel: Somodi Enikő

Central Falls, Rhode Island állam, 2012. július 05.

"E.S. does not speak English, please have this letter translated from Hungarian into English, it is important!"