FILED
IN CLERKS OFFICE
2012 JUL 23 P 12:00
U.S. DISTRICT COURT
DISTRICT OF MASS

ENIKO SOMODI
Criminal No. 11-MJ-01159
Federal ID No. 94220038

Magistrate Judge Robert B. Collings!

Please HELP ME! I need a new lawyer!
My motherlanguage is hungarian. My transleter name: TÜNDE TANZER, Address: Salem, MA 01970, Rderal Rd.
My lawyer to answer my phone call, my letter. No coming visit to me. No working together my transleter! My transleter very good persa, very good job!
My first letter I write hungarian, I send to your address!
This is my second letter, I try english writen!
I hope so, you already reading my first letter and translate into english!

Thank You in advence!

Please help me!!!

Central Falls, 07.18.2012.