# TRANSLATION FROM HUNGARIAN INTO ENGLISH

ENIKŐ SOMODI
DONALD W. WYATT DETENTION FACILITY
950 HIGH STREET
CENTRAL FALLS, RI
02863

TO: THE HONORABLE JUDGE ROBERT B. COLLINGS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA
02210

Central Falls, RI - July 5th, 2012

**RE: LEGAL REPRESENTATION**

Dear Judge Collings:

My name is Enikő Somodi, I am from Veszprém county, Hungary. I am a Hungarian citizen. I was arrested on November 29th, 2011 in Boston, MA. I am currently being held in custody at the Donald W. Wyatt Detention Facility. My case was bound over to the U.S. District Court, District of Massachusetts on December 15th, 2011.

My appointed attorney is John D. Darrell. I would like to ask for your help to get a new attorney.

I am asking this for the following reasons:

During the past seven months the attorney only met with me for a private consultation on two occasions. After the first hearing on December 15th, 2011 Mr. Darrell spoke with me only for one hour, and then four months later, on April 9th for another HALF HOUR, after I had written a letter of complaint to the Court.

After the first hearing I met Mr. Darrell again in the presence of the Assistant U.S. Attorneys and the investigators on January 6th, 2012 for an interview, which lasted for one hour and a half. Attorney Darrell did not meet me in private before this important interview to get me prepared for it, although I would have needed some advice. After the interview I was hoping he would tell me what to expect next, what the next step would be in my case, but I did not hear from him for months on end, which caused me a lot of anxiety. He only visited me in April when Judge Collings ordered him to do so. In the 3 months period between January 6 and April 9 I tried to reach the attorney by phone on many occasions (about 5 times a day), but he never took my calls, even though he was the one who gave me his business card.

I know from my co-defendant, Zsolt Lendvai, who was also interviewed by the Assistant U.S. Attorneys on the same day (Jan 6), that his attorney had thoroughly prepared him for this interview. Since December 15th, 2011 Zsolt Lendvai's attorney has spent twice as much time with his client as my attorney with me. Zsolt Lendvai told me that his attorney explains everything to him in detail, answers his questions and gives him advice. Also, his attorney sends his client letters and notifications in Hungarian. My attorney has been writing me exclusively in English, but I do not know enough English to understand legal terms, therefore I am worried that I may misunderstand what he writes me.

I feel that unfortunately I have not been adequately informed regarding my current situation and my legal options, and my attorney spends very little time with me. I would need more explanations and guidance regarding the progress of my case.

Mr. Darrell is well aware of the fact that there is a Hungarian interpreter available (Tünde Tanzer), therefore he could also contact her, but unfortunately he does not and thus he deprives me of the possibility to be informed about my case without misunderstandings, which I believe is my right.

On April 9th, 2012 Mr. Darrell came to see me BY HIMSELF, without an interpreter. He did not give me any explanation why he did not bring an interpreter with him. We tried to communicate using an English-Hungarian dictionary, which is not an adequate solution for me and makes communication unnecessarily difficult, not to mention that it can very easily cause misunderstandings on both ends.

The Court has a Hungarian interpreter, therefore I will not agree in the future to talk with my attorney without an interpreter. Zsolt Lendvai's attorney has been using the same interpreter and they have not had any problems. I also cannot understand why Mr. Darrell does not ask the interpreter to translate his letters into Hungarian before sending them to me, the way Zsolt Lendvai's attorney does.

I feel I also have the right to adequate legal counsel, and I have the right to ask for and receive explanations in my NATIVE LANGUAGE if something is unclear to me. I would like to have an attorney who is willing to spend the necessary time to inform me about my case.

I was very worried when the attorney came to see me without an interpreter and the only explanation he gave me was that "he doesn't get along with the interpreter". For me it is not an acceptable reason that he can't communicate with the interpreter due to personal disagreements.

I would like to have the same interpreter, Tünde Tanzer and I am requesting a new attorney to be appointed, because I am not satisfied with the legal representation that has been provided by Mr. Darrell in the past seven months. Although he promised me in April that he would contact the interpreter, he has not done it to this day. I also tried to write the attorney that I would like to meet with the Assistant U.S. Attorneys again, he promised that he would try to schedule a meeting with them, but it is obvious he has not done that either during the past three months. Since they are already working on the plea agreement, the attorney should have talked to them about my request without delay, back in April, as he promised he would.

Due to these reasons I believe it is very important that I get a new attorney, because it seems like the current one does not respect my basic right to be able to communicate about my case in a language that is understandable to me and he has not kept the promises he made to me.

I am hoping that the Court would be able to help me receive proper legal representation and an interpreter.

Thank you very much in advance.

Sincerely,


Enikő Somodi