October 2, 2012.

Re: Criminal No. 11-MJ-01159

Dear Honorable Judge Nathaniel M. Gordon!

   I know you are extremely busy, so I will not take much of your time.
   I would like to give thanks to you for allowing a change of lawyer to represent me. I'm grateful, that you took your time and understood the difficulties I was having.
Your approving the change gives me hope that soon this will be behind me. I'm eager to go home to my family and have an end to this case.
This time, what I spend here, I learning the English language. I hope that you understand my letter.
   Once again Your Honor, I thank you for your time!
Have a nice day!

                          Eriko Somodi