# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  >

    v.   >   NO. 12CR10147/NMG

ENIKO SOMODI   >

    Defendant   >

## MOTION TO WITHDRAW

Now comes the defendant's counsel and moves this honorable Court to allow him to withdraw and to appoint successor counsel.

As reason, counsel states that the attorney-client relationship is irredeemably fractured and a sense of trust no longer exists between counsel and client.

Respectfully submitted,

By her   Attorney

_____

John G. Darrell, B.B.O. # 114450
16 School Street, 2nd Fl.
Dedham, MA 02026
Tel. # 1.781.407.9799