# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No. 12-10147-NMG |
| ) | |
| ) | |
| ENIKO SOMODI       ) | |

## MOTION FOR RULE 11 HEARING

The Defendant, Eniko Somodi, respectfully requests a date to enter a change of plea. The defendant will need the services of a Hungarian interpreter.

Respectfully Submitted,

/s/ *Carlos J. Dominguez*
Carlos J. Dominguez
343 Commercial Street
Boston, MA 02109
BBO# 567005
Tel: 617 742-2824
Fax: 617 720-5509

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was served this 7th day of November via ECF Filing System to all interested parties.

/s/ Carlos J. Dominguez
Carlos J. Dominguez