Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

Rec'd in open court.
11/27/12 CP

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-CR-10147-NMG |
| ) | |
| ENIKO SOMODI ) | |

## WAIVER OF INDICTMENT

I, **ENIKO SOMODI**, the above-named defendant, who is accused of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and use of a false, forged, counterfeit, or altered passport, in violation of 18 U.S.C. § 1543, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on November 27, 2012, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_Eniko Somodi_
Defendant

_[signature]_
Counsel for the Defendant

Before: _[signature]_ 11/27/12
Nathaniel M. Gorton
U.S. District Court Judge