**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ENIKO SOMODI,** <br><br> **Defendant.** | **Criminal Case No. 12-CR-10147-NMG** |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING TO**

The United States of America moves, with Defendant Eniko Somodi's assent, to continue the sentencing hearing currently scheduled for March 8, 2013, to March 26, 2013, on the ground that government's counsel has recently been scheduled for out-of-town business travel on that date, and March 26 is the first day that is mutually convenient for the parties and the interpreter.

                                              Respectfully submitted

                                              CARMEN M. ORTIZ
                                              UNITED STATES ATTORNEY

Date:  January 24, 2013                By:    */s/ Scott L. Garland*
                                                        Scott L. Garland
                                                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing.

Date: January 24, 2013          */s/ Scott L. Garland*
                      Scott L. Garland
                      Assistant United States Attorney