UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 12-10147-NMG** |
| | ) | |
| | ) | |
| **ENIKO SOMODI** | ) | |

## MOTION FOR AUTHORIZATION OF FUNDS FOR INTERPRETER SERVICES.

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006(A) and in the interest of justice, undersigned counsel moves the court for authorization to pay interpreter services rendered in excess of $ 800.00.  The amount sought is $ 388.00 for a full day to review the initial presentence report prepared by U.S. Probation Officer Maria V. DAddieco on February 12, 2012.  Counsel desires to meet with the client and interpreter as soon as possible to be in compliance with the Court's Procedural Order regarding sentencing

Respectfully Submitted,

/s/ *Carlos J. Dominguez*
Carlos J. Dominguez
343 Commercial Street
Boston, MA 02109
BBO# 567005
Tel: 617 742-2824
Fax: 617 720-5509

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing document was served this 25th day of February, 2013 via ECF Filing System to all interested parties.

                                             /s/ Carlos J. Dominguez
                                             Carlos J. Dominguez